UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No. 15-cv-02687 NC (PR)<br><br>**ORDER OF DISMISSAL** |

        Plaintiff Derrick D. Moore, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On April 18, 2017, Defendant filed a motion for summary judgment. Plaintiff's opposition was due on May 16, 2017.

        However, Plaintiff has not had any communication with the Court since February 11, 2016. On June 13, 2017, the Court *sua sponte* granted Plaintiff an extension of time within which to file an opposition to Defendant's motion for summary judgment. Plaintiff was directed to file an opposition no later than June 28, 2017. In that same order, Plaintiff was cautioned that the failure to file an opposition to Defendant's motion for summary judgment may be deemed to be a consent to the granting of the motion, and the granting of judgment against Plaintiff without a trial, and that the failure to comply with the Court's

Case No. 15-cv-02687 NC (PR)
ORDER OF DISMISSAL

1

order may result in the dismissal of this case for the failure to prosecute.

To date, Plaintiff has not filed anything with the Court. Accordingly, this case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

DATED: June 29, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-02687 NC (PR)
ORDER OF DISMISSAL

2